**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00118-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE HERNANDEZ,

    Defendant.

---

### ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL

---

This matter comes before the Court on the Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant, pursuant to Fed. R. Crim. P. 6(e)(e)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is granted, and that testimony of witnesses before the grand jury and exhibits presented to the grand jury be disclosed to Defendant and his counsel in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendant and his attorney; that if copies are made, the defendant's attorney shall maintain custody of such copies, and shall not

reproduce or disseminate them; and that any materials provided pursuant to this order shall be returned to the plaintiff at the completion of the case.

Dated March 28, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
HON. ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE